UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-03278-O'SULLIVAN

In Re: Sealed Search Warrant

and Application for a Warrant

_____/

## **ORDER**

THIS MATTER is before the Court on Roche Cyrulnik Freedman LLP's Notice Regarding Photographs Pursuant to Court's September 18, 2020 Order (DE# 25, 10/13/20). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that on or before **Friday, October 30, 2020**, the non-Optima clients and former clients of Roche Cyrulnik Freedman LLP (RCF) shall file a sworn declaration or affidavit asserting the attorney client privilege with respect to any of the fourteen (14) photographs identified by RCF as privileged. If RCF's non-Optima clients and former clients do not file a timely sworn declaration or affidavit, the Court will deem the attorney-client privilege waived as to the non-Optima clients because "[t]he attorney-client privilege belongs solely to the client, and the client may waive it, either expressly or by implication." Cox v. Adm'r U.S. Steel & Carnegie, 17 F.3d 1386, 1417 (11th Cir.), opinion modified on reh'g, 30 F.3d 1347 (11th Cir. 1994) (internal quotation marks omitted). It is further

ORDERED AND ADJUDGED that on or before **Friday, October 30, 2020**, RCF, the Optima Intervenors and the government shall confer and attempt to resolve RCF's privilege assertions with respect to the fourteen (14) photographs RCF claims are either work product or subject to the attorney-client privilege. It is further

ORDERED AND ADJUDGED that on or before **Wednesday, November 4, 2020**, RCF shall file a privilege log stating in detail the reasons why it is asserting a privilege with respect to any remaining photographs which the parties have been unable to reach an agreement. The government may file a response to RCF's privilege log no later than **Friday, November 6, 2020**.

DONE AND ORDERED in Chambers at Miami, Florida this **26th** day of October, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE